# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY LOVE DAWKINS,** | : | Civil No. 3:20-CV-1467 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **KEVIN RANSOM, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 7th day of January 2022, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED THAT the defendants' motion for summary judgment (Doc. 37) is GRANTED. The Clerk is directed to close this case.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
